rule 82); (2) because the contract alleged by plaintiff is denied in the answer and the examination asked for is not necessary to enable plaintiff to prove this essential element of his case. If plaintiff sustains his allegation the court may then proceed to examine defendant and his books of account to ascertain the extent of his business. (*Hartog & Beinhauer C. Co.* v. *Richmond Cedar Works*, 124 App. Div. 627; *Sperry & Hutchinson Co.* v. *O'Neill-Adams Co.*, 135 id. 285; *Louda* v. *Revillon*, 99 id. 431.) Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

The People of the State of New York ex rel. Charlotte Kelly, Respondent, v. Pines Bridge Realty Company, Inc., and Others, Appellants.— The issue of whether the application is made in good faith for the protection of the rights of the petitioner, or for an improper or ulterior purpose, should be settled on an alternative writ. Hence a peremptory writ may not issue. Order modified so as to direct issue of an alternative writ, and as so modified affirmed, without costs. Jenks, P. J., Thomas, Rich, Blackmar and Kelly, JJ., concurred. Order to be settled before Mr. Justice Thomas.

Wilhelmine E. Skou, Appellant, v. The Town of North Hempstead, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Blackmar and Kelly, JJ.

Roeslyn M. Cox, Appellant, v. Charles H. Young and Another, as Substituted Trustees, etc., and Another, Respondents.— Motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

Nora Blatch De Forest, Respondent, v. Lee De Forest, Appellant. — Motions denied, with ten dollars costs. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

Hyman Epstein, Respondent, v. John Connor and Others, Appellants. — Motions denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

Mayer S. Ginsburg, Appellant, v. F. W. Woolworth Company, Respondent.— Motions for leave to appeal to the Court of Appeals or for reargument denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

Maude M. Greenwood, Respondent, v. Edward G. Schroeder, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

George Heinlein, Jr., an Infant, etc., Respondent, v. Harry A. Bevers, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application of John W. Block, Jr., for Payment of Awards for Parcels 192 and 193, etc., Malbone Street, etc. John W. Block, Jr., Appellant; Frederick W. Hottenroth, Respondent.— Motions denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application of the City of New York, Relative to Acquiring Title, etc., Public Park (East River Park), etc., Borough